UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENICE BUILDING, LLC, a Colorado Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STARCITY PROPERTIES, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 2:20-cv-07588-JWH-E<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

The Court issues this Order to Show Cause re Dismissal in view of the Bankruptcy Court's Final Decree closing the Chapter 7 bankruptcy case of Defendant Starcity Properties, Inc.

In July 2021, the Court stayed this action upon the request of Plaintiff Venice Building, LLC, in light of a revision to the COVID-19 Pandemic Los Angeles County Eviction Moratorium and the dissolution of Starcity.[1] In March 2022, Venice Building informed the Court that Starcity filed for Chapter 7 Bankruptcy in the California Northern Bankruptcy Court.[2] The Court conducted a video status conference, during which it directed Venice Building to file a status report every 120 days advising the Court of the posture of Starcity's bankruptcy case.[3] The Court also directed Venice Building to file a special status report within 14 days of the Bankruptcy Court's final disposition of Starcity's bankruptcy case.[4] On May 25, 2025, Venice Building filed a special status report stating that the U.S. Bankruptcy Court for the Northern District of California entered its Final Decree and closed Starcity's Chapter 7 bankruptcy case.[5] Venice Building has requested that the Court dismiss this case without prejudice.[6]

In view of the Special Status Report, the Bankruptcy Court's Decree, and the apparent discharge of the Venice Building's claims against Starcity, the Court hereby **ORDERS** as follows:

---

[1]   Order Staying Case [ECF No. 49].
[2]   Status Report [ECF No. 50].
[3]   Minute Order of Video Hearing [ECF No. 52].
[4]   *Id.*
[5]   Special Status Report [ECF No. 64] 2:16-19.
[6]   *Id.*

1. Each party is **DIRECTED** to file on or before June 27, 2025, a written response to this OSC explaining why this Court should or should not dismiss this action with prejudice.

2. A hearing on this OSC is **SET** for July 18, 2025, at 11:00 a.m. Counsel for the parties are **DIRECTED** to appear in person in Courtroom 9D, on the 9th floor of the Ronald Reagan Federal Courthouse at 411 W. Fourth Street Santa Ana, California, at that date and time.

**IT IS SO ORDERED.**

Dated: June 10, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE