JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENICE BUILDING, LLC, a Colorado Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>STARCITY PROPERTIES, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 2:20-cv-07588-JWH-E<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case filed substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action is **DISMISSED with prejudice** pursuant to Rule 41(a)(2).

2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: July 14, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE